In the Matter of GRANDVIEW DAIRY, INC., Appellant, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Respondent.

Argued May 19, 1949; decided June 2, 1949.

696

*Herbert L. Maltinsky, Harry L. Marcus* and *Michael F. Dennis* for appellant.

*Robert G. Blabey* and *Donald L. Brush* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.